UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07
```

MOHAMAD KHALIL ELZAROUI,

                Petitioner,

- against -

MICHAEL CHERTOFF, et al.,

                Respondents.

Docket No. 07 Civ. 6297 (PKC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
July 31, 2007

THE LAW OFFICES OF MADEO & FASANO
Attorneys for Petitioner

_____
H. Raymond Fasano, Esq.
299 Broadway, Suite 810
Brooklyn, New York 10007
Tel.  (212) 791-7791
Fax  (212) 791-9706

New York, New York
July 31, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

_____
Hon. P. Kevin Castel
United States District Judge
7-31-07

– page 1 of 1 –

A79-725-231